# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORILLAS, as Wrongful Death Heir, and as Successor-in-Interest to HORTENSE MORILLAS, Deceased; and JAMES MORILLAS, BARBARA BELCHE, and GAIL NIETO, as Legal Heirs of HORTENSE MORILLAS, Deceased, <br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | Case No. 3:08-cv-05185-CRB <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: DEC 1 8 2013

By: _____
Charles R. Breyer
United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555